UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN A. SEWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-02241 DJC CKD (PS)<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se and in forma pauperis. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

　　　　On March 11, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 11, 2025 findings and recommendations (ECF No. 6) are adopted in full;
2. This action is dismissed for lack of jurisdiction; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 30, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE